Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

ALEJANDRO HERNANDEZ JASSO & HALEY LESHAY REED-JASSO

CASE NO. 13-70431-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 4993 | SS#2: xxx-xx- 1216 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:   1/7/2014   Orig. Time:   11:00 AM        Reset Date:             Reset Time:

B. Meeting Results:   Adjourned

C. Debtor(s):   Debtor 1 Appeared        Debtor 2 Appeared

D. Attorney for Debtor(s):   Appeared

E. Creditor Appearance:   None

F. Amount Paid to the Trustee as of    1/7/2014   $277.00    First Payment Due Date:   12/26/2013

G. File Trustee's Motion to Dismiss because

H. B22C Information:    B22C Form is:    Incomplete
   Budgeted Income:   $2,087.18    Expense:   $1,810.18    Surplus:   $277.00
   Plan Payment:   $277.00  Monthly                      Plan Term(Months):   59

I. Value of Non-Exempt Property:    $0.00   Proposed Amount to Unsecured Creditors:    $0.00
   Objection to Exemption of:
   ___ Repeat Filing (If case dismissed, it should be with prejudice)   Previous Case Numbers:
   ___ Object to Invoke Stay Pleading
   ___ Case Converted from Chapter 7, Bar Date Set:   4/7/2014   Date Converted from Chapter 7:

J. Required Information:   DSO Affidavit, Mr's May - Oct income,

K. Business Information:

L. Object to Confirmation:   Yes
   Mr. Jasso's name on ss card does not match petition
   22C fails to include all income sources-need paystubs

M. Financial Management Class:   Debtor 1 Appeared        Debtor 2 Appeared

N. Eligibility:
   Certificate of Credit Counseling Filed:   Both Debtor 1 and Debtor 2
   Credit Counseling Provider Approved:                Yes
   Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):   No

O. Domestic Support Obligation:   $1,153.00   Current:   Yes   Arrears:   $0.00
   Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:   -Verify DSO information
       -Need DSO Claim Holder's full address
   -Mr. Jasso's name on ss card does not match petition
   -22C fails to include all income sources-need paystubs
   His stubs will be provided
       -Schedule I fails to include all income sources-need proof of child support received
   Yes $98/wk

Dated:   1/7/2014                           /s/ Walter O'Cheskey

                              Standing Bankruptcy Trustee
                              By:    Brent Hagan

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | | 13-70431 | | | |
| **Debtor:** | | JASSO | | | |
| **Attorney:** | | MJW | | | |
| **Presiding Officer:** | | Angela | | | |
| **Calculation Date:** | | | | | 1/6/2014 16:44 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| TOYOTA | $9,381.13 | 6.00% | 59 | $184.00 | $10,856.05 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor   Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| **Attorney Fees**   Paid Through the Plan | $3,196.00 | | | $3,196.00 |
| **Noticing Fees** | $80.64 | | | $80.64 |
| **Clerk Filing Fees** | | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| **Hardacre Minimum** | $0.00 | <-------------- | | |
| Chapter 7 Minimum (Gross) | | | | |
| Less Trustee Fees | $0.00 | | | |
| Less Attorney Fees | $3,196.00 | | | |
| Less Noticing Fees | $80.64 | Greater Of ---------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | |
| Less Scheduled Priority Claims | $0.00 | | | |
| Less Other (Explain Below) | $0.00 | | | |
| **Chapter 7 Minimum (Net)** | $0.00 | <-------------- | | |

| | |
|---|---|
| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | $22,691.00 |
| **Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee)** | $15,694.02 |
| **Debtor Plan Base (Monthly Payment X Term)** | $16,343.00 |
| **Surplus (Debtor Plan Base - Calculated Base)** | **$648.98** |

**Comments:**

Version 1.03 Last Revised: 7/31/2008